```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   SCOTT N. JOHNSON,              CIV. S-06-447 DFL GGH
12           Plaintiff,
13        v.                        ORDER RE DISPOSITION AFTER
                                    NOTIFICATION OF SETTLEMENT
14   MUHAMMAD SHAMSHAD, et al.,
15           Defendants.
                                 /
16
```

17    The court has been advised by Scott N. Johnson, Esq., that
18 this action has been settled.  Therefore, it is not necessary
19 that the action remain upon the court's active calendar.
20    Accordingly, IT IS ORDERED:
21    1.  That counsel file settlement/dismissal documents, in
22 accordance with the provisions of Local Rule 16-160, no later
23 than September 5, 2006, and,
24 //
25 //
26 //

1

1       2.   That all hearing dates previously set in this matter
2  are vacated.
3       IT IS SO ORDERED.
4  Dated:  8/17/2006

```
                                    _____
                                    DAVID F. LEVI
                                    United States District Judge
```

2